DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH POLO, INC.,**
Appellant,

v.

**VILLAGE OF WELLINGTON, FLORIDA,**
Appellee.

No. 4D2023-1066

[April 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Judge; L.T. Case No. 502019CA001617.

Alexander L. Domb of Alexander L. Domb, P.A., Wellington, for appellant.

Laurie Stilwell Cohen and Rachel R. Bausch of Village of Wellington, Wellington, and Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***